## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**ARMINDER SINGH KOUNSIL**                        **PLAINTIFF**

**VS.**                                               **CAUSE NO. 3:21cv51-MPM-RP**

**BILLY AUTRY**                             **DEFENDANT/COUNTER-PLAINTIFF**

**VS.**

**ARMINDER SINGH KOUNSIL and**
**FAVINDER KUMAR GOSAIN**            **COUNTER-DEFENDANT/DEFENDANT**

### DEFAULT JUDGMENT AND ORDER CLOSING CASE DUE TO PARTIAL SETTLEMENT

This cause having come before the Court on the Motion of Billy Autry, for Final Default Judgment to be entered against Favinder Kumar Gosain, and for other relief, and the Court having considered said Motion finds as follows:

1. This Motion is brought before this Court pursuant to Rule 55(b) of the Federal Rules of Civil Procedure.

2. Favinder Kumar Gosain was duly served with the Amended Answer and Counterclaim on August 13, 2021.

3. Gosain failed to answer, respond, or otherwise request additional relief to respond to the Counterclaim.

4. Entry of default against Gosain for failure to plead, answer or otherwise defend in this cause, has been entered by the Clerk of this Court. (DKT #60) and a Motion and Memorandum for Entry of Default subsequently filed (DKT 64 and 65).

1

5.  Gosain having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of Autry and upon affidavit that defendant is indebted to plaintiff in the principal sum of $10,000 plus interest thereon; that Gosain had been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain; it is hereby

ORDERED, ADJUDGED, and DECREED that Billy Autry recover from and against Favinder Kumar Gosain the sum of $10,000.00, plus costs and interest according to law from the date of this judgment until the entire amount is paid.

This court further notes that it has been informed by the Magistrate Judge that, at a settlement conference, plaintiff/counter-defendant Kounsil and the defendant/counter-claimant Autry settled their claims against one another. In light of this partial settlement, all of the claims and counterclaims asserted in this action have been resolved, and this case is hereby closed.

ORDERED AND ADJUDGED, this the 11th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE