# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | |
|---|---|
| **ARMINDER SINGH KOUNSIL** | **PLAINTIFF** |
| **VS.** | **CAUSE NO. 3:21cv51-MPM-RP** |
| **BILLY AUTRY** | **DEFENDANT/COUNTER-PLAINTIFF** |
| **VS.** | |
| **ARMINDER SINGH KOUNSIL and FAVINDER KUMAR GOSAIN** | **COUNTER-DEFENDANT/DEFENDANT** |

## AGREED ORDER OF DISMISSAL

THIS CAUSE, having come on this day on joint motion *ore tenus* of BILLY AUTRY and ARMINDER SINGH KOUNSIL, for the dismissal with prejudice of all claims asserted by ARMINDER SINGH KOUNSIL against BILLY AUTRY, and all claims asserted by BILLY AUTRY against ARMINDER SINGH KOUNSIL. The Court, having considered said Motion, and otherwise being fully advised in the premises, finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the Complaint and all Counterclaims, all amendments thereto, all claims and causes of action encompassed by in the litigation between BILLY AUTRY and ARMINDER SINGH KOUNSIL, including all claims or causes of action which were, or might have been, asserted by the ARMINDER SINGH KOUNSIL against BILLY AUTRY and all claims asserted by BILLY AUTRY against ARMINDER SINGH KOUNSIL shall be and hereby are dismissed with prejudice, with each party to bear their own costs of Court.

SO ORDERED AND ADJUDGED, this the 8th day of MARCH, 2022.

_____
U.S. DISTRICT COURT JUDGE

**AGREED:**

BY: /s/Jonathan S. Masters
JONATHAN S. MASTERS, MSB # 99419
HOLCOMB, DUNBAR, WATTS, BEST, MASTERS & GOLMON, PA
400 Enterprise Drive
P.O. Drawer 707
Oxford, Mississippi 38655
Phone: (662) 234-8775
Fax: (662) 238-7552

BY: _____
Walter Alan Davis, MSB # 9875
DUNBAR DAVIS, PLLC
324 Jackson Avenue East, Suite A.
Oxford, Mississippi 38655
Phone: (662) 281-0001